```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN RE:<br>RAFAEL ANGEL CASIANO TORRES<br><br>DEBTOR (S) | CASE NO. 22-03446-EAG<br><br>CHAPTER 13 |

```
                    NOTICE OF CONTINUANCE OF
                    341 MEETING OF CREDITORS
```

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for

Wed Jan 4, 2023 at 10:00 am has been continued to

Thu Jan 12, 2023 at 10:00 am and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: ufc-tdwz-ybs

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: ufc-tdwz-ybs

**By Phone Please Dial: +1 787-333-6333**, Access Code: 8130798268074

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Tuesday, December 6, 2022.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR 00902-3884
Tel. (787) 977-3535 / Fax. (787) 977-3551

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

DATED: December 06, 2022

CAROLINE MARTINEZ

OFFICE OF THE CHAPTER 13 TRUSTEE