*IN RE CASIANO TORRES*
*CASE NO. 22-03446*

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:** <br> **RAFAEL ANGEL CASIANO TORRES** <br> **Social Security: xxx-xx-1125** <br><br> **Address:** <br> **URB. CONDADO MODERNO** <br> **L35 CALLE 16** <br> **CAGUAS, PR 00725** <br><br> **DEBTOR** | **CASE NO. 22-03446-EAG/C** <br><br> **CHAPTER 13** |

## INFORMATIVE MOTION
## (DOCUMENTS PROVIDED TO THE TRUSTEE)

**TO THE HONORABLE COURT:**

**COMES NOW DEBTOR,** represented by Legal Partners, PSC., and through the undersigned attorney respectfully represents and prays as follows:

1.  We hereby inform that the documents described in the attached exhibit were electronically provided to the Trustee: **INDEPENDENT CONTRACTOR INCOME EVIDENCE, SOCIAL SECURITY BENEFITS, RETIREMENT INCOME, DISABILITY BENEFITS, FORM SC 2781 FROM 2018 THROUGH 2021, APPRAISAL REPORT- SIERRA BAYAMON, TITLE STUDY- SIERRA BAYAMON, SIERRA BAYAMON PAYOFF STATEMENT, APPRAISAL REPORT- ISLETA MARINA, TITLE STUDY- ISLETA MARINA, APPRAISAL REPORT- VEGA ALTA, TITLE STUDY- VEGA ALTA, BUSINESS DOCUMENTS, BLACK BOOK VALUE, VEHICLE REGISTRATION.**

*IN RE CASIANO TORRES*
*CASE NO. 22-03446*

**WHEREFORE** Debtor prays from this Honorable Court to take notice of the information that was provided to the Trustee.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification, upon information and belief, of such filing to: Monsita Lecaroz Arribas, Esq., U.S. Trustee's Office, Jose R. Carrion Morales, Esq., in addition to any and all parties registered in this case to receive CM/ECF Notices. We will serve by regular mail this document to any the above-named persons, upon knowing that they are non CM/ECF participants.

**RESPECTFULLY SUBMITTED.**

In Carolina, Puerto Rico, December 6, 2022

**LEGAL PARTNERS, P.S.C.**
138 Ave. Winston Churchill, PMB 316
San Juan, P.R. 00926
Telephone: (787) 791-1818
Fax: (787) 791-4260

*/s/Juan M. Suárez Cobo*
**JUAN M. SUÁREZ COBO**
USDCPR 211010
suarezcobo@gmail.com

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000003351506

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
TITLE STUDY- VEGA ALTA.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:34:40 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number:  DOC130000000003351505

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
TITLE STUDY- SIERRA BAYAMON.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:34:40 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number:  DOC130000000003351490

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
BUSINESS DOCUMENTS.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:24 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000003351489

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
BLACK BOOK VALUE.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:23 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000003351488

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
APPRAISAL REPORT- VEGA ALTA.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:22 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number:  DOC130000000003351487

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
APPRAISAL REPORT- SIERRA BAYAMON.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:19 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number:  DOC130000000003351486

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
APPRAISAL REPORT- ISLETA MARINA.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:18 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000003351491

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
DISABILITY BENEFITS.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:24 AM (local)
**Document Type:**
341_Income-Other Evidence
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number:  DOC130000000003351504

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
TITLE STUDY- ISLETA MARINA.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:34:39 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number:  DOC130000000003351503

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
SOCIAL SECURITY BENEFITS.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:34:38 AM (local)
**Document Type:**
341_Income-Other Evidence
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000003351495

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
SIERRA BAYAMON PAYOFF STATEMENT_Redacted.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:27 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000003351494

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
RETIREMENT INCOME.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:26 AM (local)
**Document Type:**
341_Income-Other Evidence
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000003351493

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
INDEPENDENT CONTRACTOR INCOME EVIDENCE_Redacted.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:26 AM (local)
**Document Type:**
341_Income-Other Evidence
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number: DOC130000000003351492

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
FORM SC 2781 2018-2021.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:32:25 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.

# Certification of Document Receipt

## BANKRUPTCY DOCUMENTS HAS RECEIVED YOUR FILE

Document serial number:  DOC130000000003351507

This is the serial number which has been assigned to your document. Use the serial number to reference this upload with the Trustee or Bankruptcy Documents staff.

Case Number: 2203446

**Original Filename:**
VEHICLE REGISTRATION.pdf (Original file name is displayed for informational purposes only.)
**Received Date:**
Wednesday, December 7th 10:34:41 AM (local)
**Document Type:**
Other Documents
**Uploaded by:**
Juan M. Suarez-Cobo <suarezcobo@gmail.com>
**In-Transit for:**
José R. Carrion
500 Tanca Ochoa Building Suite 501
San Juan , PR 00901
P: (phone) +1 (787) 977-3548

*Bankruptcy Documents does not make any guarantee to the accuracy of the information provided by the filer for any purpose.*

## NOTICE

To protect personally identifiable information, this document was encrypted immediately upon receipt. The Bankruptcy Documents staff is unable to view the contents of this document. Any change requests regarding this document, the content of, or the details (i.e. document content, case number, or document type) cannot be made. You must contact the Trustee to effect changes to this document.