UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
RAFAEL ANGEL CASIANO TORRES

DEBTOR (S)

CASE NO. 22-03446-EAG

CHAPTER 13

NOTICE OF CONTINUANCE OF
341 MEETING OF CREDITORS

TO ALL PARTIES IN INTEREST:

The section 341 meeting of creditors scheduled for

Wed Jan 4, 2023 at 10:00 am has been continued to

Tue Mar 21, 2023 at 11:40 am and the same will be conducted via Telephone/Video conference using Google Meet Platform. You can access the meeting:

**By Computer** - Please access the addres: https://meet.google.com and enter the Access Code: nyx-wtiv-ahj

**By IPhone / IPAD or Android using Google Meet Application** - Please Access your application and enter the Access Code: nyx-wtiv-ahj

**By Phone Please Dial: +1 787-333-6333**, Access Code: 4537942222523

IMPORTANT: You must call in at the exact date and time slot scheduled for your 341 meeting. Time slots are being notified in 15-minute increments. Do not call in advance of the specific time slot for the case.

In San Juan, Puerto Rico this, Wednesday, January 18, 2023.

I CERTIFY that on this same date I have mailed a true copy of this notice to debtor, debtor's attorney and all parties in interest as per master address list.

/s/ Jose R. Carrion
Office of Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884, Old San Juan Station
San Juan, PR  00902-3884
Tel. (787) 977-3535 / Fax. (787) 977-3551

22-03446-EAG                         CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail to the parties listed below:

| | |
|---|---|
| COOP A/C ROOSEVELT ROADS<br>PO BOX 31<br>FAJARDO, PR  00738-0031 | ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR  00936-4508 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR  00919-5387 | PENTAGON FEDERAL CREDIT UNION<br>PO BOX 1432<br>ALEXANDRIA, VA  22313-2032 |
| US TREASURY SECRETARY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC  20220 | COOP A/C ROOSEVELT ROADS<br>C/O CARLOS A QUILICHINI PAZ<br>PO BOX 9020895<br>SAN JAUN, PR  00902-0895 |
| UNIVERSIDAD DE PUERTO RICO<br>RECINTO DE CIENCIAS MEDICAS<br>PO BOX 365067<br>SAN JUAN, PR  00936-5067 | DTOP<br>PO BOX 41269<br>SAN JUAN, PR  00940-1269 |
| DEL VALLE RODRIGUEZ LAW OFFICES<br>PO BOX 10590<br>SAN JUAN, PR  00922-0590 | JUAN M SUAREZ COBO*<br>LEGAL PARTNERS PSC<br>138 WINSTON CHURCHILL AVE<br>PMB 316<br>SAN JUAN, PR  00926 |
| AUTORIDAD ACUEDUCTOS Y ALCANTARILLADOS<br>PO BOX 7066<br>SAN JUAN, PR  00916-7066 | EMI EQUITY MORTGAGE INC<br>PO BOX 195442<br>SAN JUAN, PR  00919-5442 |
| ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR  00936-4745 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA  19101 |
| ORIENTAL BANK<br>C/O MARISTELLA SANCHEZ RODRIGUEZ<br>DELGADO & FERNANDEZ LLP<br>PO BOX 11750 FERNANDEZ JUNCOS STATION<br>SAN JUAN, PR  00910-1750 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH  43054-3025 |
| US DEPARTMENT OF EDUCATION<br>PO BOX 16448<br>SAINT PAUL, MN  55116-0448 | AUTORIDAD DE ENERGIA ELECTRICA<br>P.O. BOX 364267<br>SAN JUAN, PR  00936 |

| | |
|---|---|
| PAYPAL CREDIT SERVICES<br>PO BOX 960080<br>ORLANDO, PR 32896 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| THE HOME DEPOT/CBNA<br>5800 SOUTH CORPORATE PLACE<br>SIOUX FALLS, SD 57108 | SYNCB/PPC<br>PO BOX 965005<br>ORLANDO, FL 32896 |
| ORIENTAL BANK<br>MORTGAGE DIVISION<br>PO BOX 362394<br>SAN JUAN, PR 00936-2394 | ORIENTAL BANK<br>PO BOX 2394<br>SAN JUAN, PR 00936 |
| ORIENTAL BANK<br>C/O JAIME RUIZ SALDANA<br>BANKRUPTCY DIVISION<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 | PUERTO RICO JUSTICE DEPARTMENT<br>FEDERAL LITIGATION DIVISION<br>P.O. BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| US ATTORNEY FOR THE DISTRICT OF PR<br>US DEPT. OF JUSTICE, 150 CHARDON AVE,<br>F. DEGETAU FEDERAL BUILDING, ROOM 452<br>SAN JUAN, PR 00918 | LUMA ENERGY<br>PO BOX 364267<br>SAN JUAN,, PR 00936-4267 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902 | US DEPARTMENT OF HOUSING AND URBAN DEVELOPMEN<br>US DEPARTMENT OF HUD<br>2000 N CLASSEN BLVD<br>SUITE 3200<br>OKLAHOMA CITY, OK 73106 |
| AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO<br>AVE. BARBOSA EDIFICIO BUSTANMANTE 604<br>SAN JUAN, PR 00916 | AUTORIDAD DE ACUEDUCTOS Y ALCANTARILLADO<br>DIVISION DE QUIEBRAS/MR. ANA BRUGUERA<br>PO BOX 7066<br>SAN JUAN, PR 00916 |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>40 MARIETTA STREET<br>ATLANTA, GA 30303 | US DEPARTMENT OF EDUCATION<br>OFFICE OF GENERAL COUNSEL<br>400 MARYLAND AVE NW ROOM 6E353<br>WASHINGTON, DC 20202-2110 |
| AUTORIDAD DE CARRETERAS Y TRASPORTACION<br>CENTRO DE PROCESAMIENTO AUTOEXPRESO<br>PO BOX 1889<br>SAN JUAN, PR 00922-1889 | RAFAEL ANGEL CASIANO TORRES<br>URB CONDADO MODERNO<br>L35 CALLE 16<br>CAGUAS, PR 00725 |
| ABDIEL ARGENIS CASIANO MOLINA<br>CALLE EL VIGIA Y-5<br>COLINAS METROPOLITANAS<br>GUAYNABO, PR 00969 | ASOC COND ISLETA MARINA<br>PO BOX 459<br>PUERTO REAL, PR 00740-0459 |

ASOCIACION DE RESIDENTES
URB LA INMACULADA III DE VEGA ALTA, INC.
G-6 CALLE 103
VEGA ALTA, PR 00692

ASOCIACION DE RESIDENTES
URB LA INMACULADA III DE VEGA ALTA, INC.
G51 CALLE 101
VEGA ALTA, PR 00692

CARLOS ANDRES VEGA CRUET
PO BOX 7802
PONCE, PR 00732

CARLOS JOSE VEGA FIGUEROA
PO BOX 7802
PONCE, PR 00732

CARMEN TERESA FIGUEROA MALDONADO
& SUCN. JOSE VEGA
PO BOX 7802
PONCE, PR 00732

CARMEN TERESA FIGUEROA MALDONADO
& SUCN. JOSE VEGA MUNIZ
PO BOX 7802
PONCE, PR 00732

CARMEN VEGA FIGUEROA
PO BOX 7802
PONCE, PR 00732

CONDOMINIO ISLETA MARINA
PO BOX 459
PUERTO REAL, PR 00740

CONSEJO DE TITULARES DEL CONDOMINIO
ISLETA MARINA
PO BOX 459
PUERTO REAL, PR 00740-0459

CORE LEGAL SERVICES LLC
PO BOX 191843
SAN JUAN, PR 00919-1843

DE LA CRUZ SKERRET LAW GROUP
PO BOX 9023663
SAN JUAN, PR 00902-3663

JOSE ANTONIO GONZALEZ MEDINA, ESQ.
CORE LEGAL SERVICES LLC
PO BOX 191843
SAN JUAN, PR 00919-1843

JOSE CARLOS VEGA FIGUEROA
PO BOX 7802
PONCE, PR 00732

JOSE DAVID HERNANDEZ DAVILA, ESQ.
CORE LEGAL SERVICES LLC
PO BOX 191843
SAN JUAN, PR 00919-1843

JOSEPHINE M RODRIGUEZ RIOS, ESQ
PO BOX 889
PONCE, PR 00728

JUAN C. BLASINI GONZALEZ, ESQ.
1353 AVE. LUIS VIGOREAUX
PMB 606
GUAYNABO, PR 00966

MARIA D. QUINONES LLORENS, ESQ.
URB SAN FRANCISCO
157 CALLE TULIPAN
SAN JUAN, PR 00925

NANETTE MILAGROS VEGA FIGUEROA
PO BOX 7802
PONCE, PR 00732

NYLSA I. COTTO DE RIVERA, ESQ.
AEELA
PO BOX 364508
SAN JUAN, PR 00936-4508

RAFAEL G RIVERA ROSARIO, ESQ.
CENTRO INTERNACIONAL DE MERCADEO TORRE 1
SUITE 507
GUAYNABO, PR 00968-8059

| | |
|---|---|
| RAFAEL G. RIVERA ROSARIO, ESQ.<br>DE LA CRUZ SKERRET LAW GROUP<br>PO BOX 9023663<br>SAN JUAN, PR  00902-3663 | RICARDO M PRIETO GARCIA, ESQ<br>PRIETO & ASOCIADOS LAW OFFICES<br>6 CALLE CELIS AGUILERA S<br>SUITE 201-A<br>RICARDO M PRIETO GARCIA,   00738 |
| ABDIEL A CASIANO MOLINA<br>C/O L.A. MORALES & ASSOCIATES P.S.C<br>76 CALLE AQUAMARINA<br>CAGUAS, PR  00725-1908 | |
| DATED:  January 18, 2023 | CAROLINE MARTINEZ<br>OFFICE OF THE CHAPTER 13 TRUSTEE |

Page 4 of 4   CASE NO.   22-03446-EAG